RUTAN & TUCKER, LLP
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
Sarah Gilmartin (State Bar No. 324665)
sgilmartin@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
BOX FOX, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOXFOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs<br><br>PEACHBOX CO., LLC, a Massachusetts limited liability company; ALVANIA A. LOPEZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02021-CJC-KES<br>Hon. Cormac J. Carney<br><br>**DECLARATION OF CHELSEA MOORE IN SUPPORT OF PLAINTIFF BOXFOX, INC.'S OPPOSITION TO DEFENDANT ALVANIA LOPEZ'S MOTION TO DISMISS UNDER FRCP 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Filed Concurrently with Opposition to Motion to Dismiss and Declaration of Proud Usahacharoenporn]**<br><br>Date: July 12, 2021<br>Time: 1:30 p.m.<br>Ctrm.: 9B<br><br>Complaint Filed: March 4, 2021<br>Trial Date: Not Yet Set |

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2530/035371-0018
16607956.1 a06/21/21

DECL. OF CHELSEA MOORE IN SUPPORT
OF OPPOSITION TO MOTION TO DISMISS
CASE NO. 2:21-cv-02021-CJC-KES

## DECLARATION OF CHELSEA MOORE

I, Chelsea Moore, declare as follows:

1. I am the CEO and a Co-Founder of Plaintiff BoxFox, Inc. ("BoxFox"). I make this declaration in support of BoxFox's Opposition to Defendant Alvania Lopez's Motion to Dismiss For Lack of Personal Jurisdiction. I have personal knowledge of the matters set forth in this declaration, unless stated otherwise, and could testify competently to them under oath if called to do so.

2. BoxFox maintains a website at https://shopboxfox.com. Attached hereto as **Exhibit A** is a true and correct copy of the "Contact Us" page and attached hereto as **Exhibit B** is my profile and our COO Jenni's profile from the "Our Team" page on BoxFox's website, as they appeared as of June 15, 2021. The portions of these pages showing that BoxFox is located in Hawthorne, California, and that both myself and the COO are located in California have not been significantly changed since before March 2019.

3. Attached hereto as **Exhibit C** is a true and correct copy of BoxFox's terms and conditions which are accessible from its website, as they appeared as of June 15, 2021. The terms and conditions state that "[b]y browsing, accessing, using, registering for, or making purchases . . . you are agreeing to our Terms," including that any dispute "shall be governed by and construed in accordance with the internal laws of the State of California" and shall be litigated in California. This portion of the terms and conditions has not been significantly changed since before March 2019.

4. Approximately 32% of BoxFox's sales are made in California, which is more than in any other state.

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2530/035371-0018
16607956.1 a06/21/21

-1-

DECL. OF CHELSEA MOORE IN SUPPORT
OF OPPOSITION TO MOTION TO DISMISS
CASE NO. 2:21-cv-02021-CJC-KES

5. BoxFox uses an e-commerce platform provider called Shopify Plus, which captures information from customer purchases to allow BoxFox to fulfill their orders. Our records show that on March 11, 2019, Alvania Lopez purchased products from BoxFox's website. Attached hereto as **Exhibit D** is a true and correct copy of a report from Shopify Plus showing this purchase.

I declare under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 21, 2021 at Hawthorne, California.

_____
Chelsea Moore

Rutan & Tucker, LLP
attorneys at law

2530/035371-0018
16607956.1 a06/21/21

-2-

DECL. OF CHELSEA MOORE IN SUPPORT
OF OPPOSITION TO MOTION TO DISMISS
CASE NO. 2:21-cv-02021-CJC-KES