‹ INTRODUCING | the 2021 FATHER'S DAY COLLECTION ›

‹ DID YOU KNOW? WE PLANT A TREE FOR EVERY BOXFOX YOU SEND! ›

What are you looking for?

BOX fox

Search   Login   Cart

SHOP    BUILD A BOXFOX    MARKETPLACE    ABOUT    CORPORATE GIFTING    THE FOX FLEET

BOX fox

# GET IN TOUCH!



For questions about an **order**, please reach out to orders@shopBOXFOX.com. We're committed to excellent customer service, so you'll hear back from a real person within 24 hours, we promise! No, we don't have a phone number. And yes, we do stand decision.

Exhibit A, Page 3

To discuss **corporate inquiries**, client appreciation, wedding gifts & everything in between, drop us a line at concierge@shopBOXFOX.com with any details. We'll get back to you shortly.

Just want to **say hi**? We'd absolutely love to hear from you at hello@shopBOXFOX.com, or using the super convenient form below. We are available by mail only at 3421 W El Segundo Blvd Hawthorne, CA 90250.

Name

Email

Phone Number

Message

SEND



BOXFOX is your go-to for gifting. Shop personalized and custom gift boxes to friends and family. Shop pre-packed curations, Build a custom BOXFOX, or customize corporate gift boxes.

Enter your email                    JOIN

FAQ

ABOUT

**LET'S CHAT**

Questions? We're here for you Monday to Friday, 5pm PT.

Privacy - Terms

Exhibit A, Page 4

CONTACT

FOX FLEET

CAREERS

BLOG

hello@shopboxfox.com



© BOXFOX 2021    Privacy    Terms

Privacy - Terms

Exhibit A, Page 5