

shopboxfox.com/pages/boxfox-team

# Chelsea

## Co-Founder + CEO

Whittier, CA



GET 10% OFF ✕



# Jenni

## Co-Founder + COO

Half Moon Bay, CA



GET 10% OFF ✕