THE PRIDE BOXFOX IS HERE | 20% OF ALL PROCEEDS WILL BE DONATED TO THE TRE

DID YOU KNOW? WE PLANT A TREE FOR EVERY BOXFOX YOU SEND!

What are you looking for? 🔍

Search   Login   Cart

SHOP        BUILD A BOXFOX        MARKETPLACE        ABOUT        CORPORATE GIFTING        THE FOX FLEET



# Terms of Use

**BOXFOX INC.**

**Terms of Use**

Effective Date: October 20, 2020w

Welcome to BOXFOX!

This website and any mobile applications or other technologies we use to provide our products and services (collectively, our "digital properties") are provided by BOXFOX INC., ("we", "us", "our").  We are providing you with access to our digital properties subject to your compliance with the following terms and conditions ("Terms"). PLEASE READ THESE  TERMS CAREFULLY BEFORE USING OUR DIGITAL PROPERTIES––THESE TERMS CONTAIN AN ARBITRATION PROVISION AND CLASS ACTION WAIVER.

By browsing, accessing, using, registering for, or making purchases on our digital properties, you are agreeing to our Terms, including any policies referred to herein. If you do not agree to these Terms, you may not access or use our digital properties in any way or order, receive or use the products made available through the digital properties (collectively, the "Product(s)").

We reserve the right to change our digital properties and these Terms at any time. If you are unwilling to be bound by these Terms, you should not browse, access, use, register for, make an account or make purchases from our digital properties.  Our Privacy Policy, which is herein incorporated by reference and is intended to be read side by side with these Terms and which also governs your visit to our digital properties, can be found <u>HERE</u>. Please review our Privacy Policy for information on how we collect, use and share information about our users.

**Children Under the Age of 16**

Our digital properties are not intended for children under 16 years of age.  By using our digital properties, you affirm that you are over age 16.  If you are under age 16, you may not access or use our digital properties.

**Use of this Website**

Subject to your compliance with these Terms, we grant you a limited, nonexclusive, nontransferable, non-sublicensable license to access and use our digital properties. This license grant does not include: (a) any resale or commercial use of our digital properties or content therein; (b) the collection and use of any Product listings or descriptions; (c) the right to make derivative uses of our digital properties or their contents; (d) the right to use of any data mining, robots, or similar data gathering and extraction methods on our digital properties; (e) the right to distribute, publicly perform, or publicly display any content of our digital properties; or (f) the right to download (other than page caching) any portion of our digital properties, except as expressly permitted by us. You may not use, frame or utilize framing techniques to enclose any of our trademark, logo, content or other proprietary information (including without limitation the images found at our digital properties, the content of any text or the layout/design of any page or form contained on a page, or other copyright, trademark, or intellectual property laws) without our express written consent. Further, you may not use any meta tags or any other "hidden text" utilizing our name, trademarks, or Product names without our express written consent. Any breach of these Terms shall result, in addition to our other available remedies, in the immediate revocation of the license granted in this paragraph without notice to you. This license is revocable at any time.

You are granted a limited, revocable, and nonexclusive right to create a hyperlink to the homepage of our digital properties so long as the link does not portray us or our Products or services in a false, misleading, derogatory, or otherwise offensive manner determined within our sole discretion. This limited right may be revoked at any time. You may not use any of our logos or other proprietary graphics or trademarks as part of the link without our express written permission.

**Intellectual Property Rights**

All content and functionality on our digital properties, including any text, graphics, logos, icons, and images and the selection and arrangement thereof, is the exclusive property of us or our licensors and is protected by U.S. and international copyright laws. All rights not expressly granted are reserved.

Our digital properties contain material which is owned by or licensed to us. This material includes, but is not limited to, the design, layout, look, appearance and graphics. Reproduction without our permission is prohibited.

Except as otherwise expressly provided in these terms and conditions, you may not copy, distribute, transmit, display, perform, reproduce, publish, license, modify, rewrite, create derivative works from, transfer, or sell any or all part of our digital properties without the prior consent of the copyright owner.

The BOXFOX name, the BOXFOX logo and all related names, logos, product and service names, designs and slogans are the registered and unregistered trademarks of BOXFOX or its affiliates or licensors. You must not use such marks without the prior written permission of the owner. All other names, logos, product and service names, designs and slogans on our digital properties are the trademarks of their respective owners.

**Third Party Links**

From time to time our digital properties may include links to other sites maintained by third parties, and some of the content appearing on our digital properties may be supplied by third parties ("**Linked Sites**"). We have no responsibility for any Linked Site, which are governed by the terms of use and privacy policies, if any, of the applicable third-party content providers. We may provide Linked Sites to you solely as a convenience, and the inclusion of Linked Sites does not imply endorsement by us of the Linked Sites. We have no responsibility for the content of the Linked Sites. We encourage you to read any applicable terms and conditions or privacy policies at any Linked Sites.

**Account**

In order to access some features of our digital properties, you may be required to register, and we may assign to you, or you may be required to select, a password and user name or account identification. If you register, you agree to provide us with accurate and complete registration information, and to inform us immediately of any updates or other changes to such information.

You are solely responsible for protecting the security and confidentiality of the password and identification assigned to you. You shall immediately notify us of any unauthorized use of your password or identification or any other breach or threatened breach of our digital

Exhibit C, Page 9

properties' security. Each time you use a password or identification, you will be deemed to be authorized to access and use our digital properties in a manner consistent with these Terms, and we have no obligation to investigate the authorization or source of any such access or use of our digital properties. YOU WILL BE SOLELY RESPONSIBLE FOR ALL ACCESS TO AND USE OF OUR DIGITAL PROPERTIES BY ANYONE USING THE PASSWORD AND IDENTIFICATION ORIGINALLY SELECTED BY, OR ASSIGNED TO YOU WHETHER OR NOT SUCH ACCESS TO AND USE OF OUR DIGITAL PROPERTIES IS ACTUALLY AUTHORIZED BY YOU, INCLUDING WITHOUT LIMITATION, ALL COMMUNICATIONS AND TRANSMISSIONS AND ALL OBLIGATIONS (INCLUDING WITHOUT LIMITATION FINANCIAL OBLIGATIONS) INCURRED THROUGH SUCH ACCESS OR USE.

**Terms of Purchase**

Order Acceptance. By providing a credit card or other payment method that we accept, you represent and warrant that you authorize us (or our third party payment processor) to charge your payment method for all charges you incur for the purchase of any Products (including any applicable taxes and other charges) (each such purchase, an "Order"). You agree that your Order is an offer to buy, under these Terms, all Products listed in your Order. All orders must be accepted by us or we will not be obligated to sell the Products to you. We may choose not to accept any orders in our sole discretion. After having received your order, we will send you a confirmation email with your order number and details of the items you have ordered. Acceptance of your order and the formation of the contract of sale will not take place unless and until you have received your order confirmation email.

Pricing and Availability. All prices shown are in U.S. dollars. All prices posted on our digital properties are subject to change without notice. The price charged for a Product will be the price in effect at the time the order is placed and will be set out in your order confirmation email. Price increases will only apply to Orders placed after such changes. Posted prices do not include taxes or charges for shipping and handling. All such taxes and charges will be added to your merchandise total and will be itemized in your shopping cart and in your order confirmation email. We are not responsible for pricing, typographical, or other errors in any offer by us and we reserve the right to cancel any orders arising from such errors.

Payment and Billing Information. By providing a credit card or other payment method that we accept, you represent and warrant that you are authorized to use the designated payment method. You are responsible for, and agree to pay, all such charges. If we or our third party payment processor cannot obtain authorization for charges to your payment method or if any amounts you authorize us to charge to your payment method are reversed or charged back for any reason, we may, at our option, in addition to any other remedies: cancel or suspend any undelivered portion of your Orders, make second and/or subsequent attempts to charge your payment method, and/or use any other lawful means to collect payment on any outstanding amounts due to us. You will remain responsible to pay all applicable charges for all Orders. You agree to provide and keep current a valid payment method. However, your failure to do so shall not constitute cancellation of any Order. In the event you want to change or update payment information associated with your account, you can do so at any time by logging into your account and editing your payment information.

Substitutions. All of our Products are subject to availability, and we reserve the right to impose quantity limits on any Order, to reject all or part of an Order, to discontinue offering certain Products and to substitute Products (including, but not limited to, specific ingredients or entire shipments) without prior notice. We strive to provide you with high-quality Products, and given the perishable nature of certain Products and market conditions beyond our control, we may be required to make substitutions from time to time. If you are not satisfied with a substitution, please contact us at [INSERT EMAIL LINK].

Shipping and Handling. You agree to pay any shipping and handling charges shown at the time you make a purchase. We reserve the right to increase, decrease, add or eliminate shipping and handling charges from time to time, but we will provide notice of the charges applicable to you before you make your purchase. Actual delivery dates may vary from estimates. You agree that you will not obtain, or direct shipment of, a Product for export. All Products purchased from us are made pursuant to a shipment contract.

Deliveries. If you are not at home when your delivery arrives, the courier will generally leave the package for you at your door. In the case of inclement weather or other events beyond our control that interfere with our ability to deliver your Order, we will attempt to deliver your Order as soon as reasonably possible. In some cases, delivery may occur prior to the scheduled delivery date.

Please note, we cannot guarantee the condition of the delivery if the address is incorrectly entered, if a change of address isn't updated prior to the invoice date, if an address is altered while in transit, or if you are unable to retrieve the order on the guaranteed delivery

Exhibit C, Page 10

date and did not notify us prior to the order being invoiced. In such cases refunds are not available.

No Resale, Returns, Exchanges, Cancellations or Refunds. You are not permitted to resell or otherwise use the Products for commercial purposes. We do not accept returns, exchanges cancellations or refunds.  Please do not attempt to return a box once it has been shipped.

You are liable for any orders placed. If you are not satisfied with your Product for good reason please contact us at hello@shopBOXFOX.com.

### Electronic Communication

When you use our digital properties or send emails to us you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on our digital properties. You agree that all agreements, notices, disclosures and other communication that we provide to you electronically satisfy any legal requirements that such communications be in writing.

### Feedback

You may have the ability to submit questions, comments suggestions, reviews, ideas, and other information regarding our digital properties or our Products (collectively "Feedback"). You agree that Feedback is non-confidential and shall become our sole property. We shall own exclusive rights, including all intellectual property rights, in and to such Feedback and shall be entitled to the unrestricted use and dissemination of the Feedback for any purpose, commercial or otherwise, without acknowledgment or compensation to you.

### Acceptable User Conduct

You agree you shall not (and you agree not to allow any other individual or entity using your password and identification to): (i) Download, modify, reproduce, adapt, translate, reverse engineer, create derivative works based upon, publicly display, sell, rent, license, or in any way commercially exploit any portion of our digital properties, except and to the extent expressly permitted under these Terms; (ii) Remove any copyright, trademark or other proprietary rights notice contained in or on our digital properties; (iii) Use any robot, spider, site search/retrieval application, or other device to retrieve or index any portion of our digital properties; (iv) Collect any information about other users (including usernames and/or email addresses) for any purpose other than to solicit and/or share reviews with other users; (v) Use or attempt to use another user's account without authorization from them or from us; (vi) Reformat or frame any portion of any parts of our digital properties; (vii) Create user accounts by automated means or under false or fraudulent pretenses; (viii) Create or transmit to other users unsolicited electronic communications, such as "spam," or otherwise interfere with other users' enjoyment or use of our digital properties; (ix) Transmit or upload to our digital properties any item containing or embodying any virus, worm, defect, malware, Trojan horse, software bomb or other feature designed to damage or degrade in any manner the performance of our digital properties or any computer or other device or system, or the enjoyment of our digital properties by any user; (x) Use our digital properties to violate the security of or gain unauthorized access to any computer or computer network or other device or system; (xi) Take any action that imposes, or may impose, in our sole discretion, an unreasonable or disproportionately large data or traffic load on our digital properties, servers, or the IT infrastructure used to operate and make our digital properties available; or (xii) Use our digital properties to violate these Terms or any applicable local, state, federal or international law.

### Termination

You may terminate your use of our digital properties at any time by closing your account, discontinuing your use of our digital properties. We reserve the right, without notice and in our sole discretion, to terminate your right to use our digital properties, or any portion of our digital properties, and to block or prevent your future access to and use of our digital properties or any portion of our digital properties.

### Indemnification

You agree to indemnify and hold BOXFOX and its agents and licensors harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of (i) your use of our digital properties, including any content you submit, post to or transmit through our digital properties, (ii) your violation of these Terms, or (iii) your violation of any rights of another user.

Exhibit C, Page 11

### Disclaimers

YOUR USE OF OUR DIGITAL PROPERTIES, THEIR CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH OUR DIGITAL PROPERTIES IS AT YOUR OWN RISK. YOU ASSUME ALL RESPONSIBILITY AND RISK FOR YOUR USE OF OUR DIGITAL PROPERTIES.

Except as expressly provided, our digital properties, including all content on our digital properties, and services provided on or in connection with our digital properties are provided on an "AS IS" and "WITH ALL FAULTS" basis without representations, warranties or conditions of any kind, either express or implied. WE DISCLAIM ALL OTHER REPRESENTATIONS, WARRANTIES, CONDITIONS AND DUTIES OF ANY KIND, EXPRESS, IMPLIED OR STATUTORY, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES, DUTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR USE, RESULTS, TITLE, AND NON-INFRINGEMENT; AND THOSE CREATED BY TRADE USAGE, COURSE OF DEALING OR COURSE OF PERFORMANCE. We do not represent or warrant that our digital properties are accurate, complete, reliable, current or error-free. We do not represent or warrant that our digital properties or our servers are free of viruses or other harmful components.  The foregoing does not affect any warranties which cannot be excluded or limited under applicable law.

### Limitation of Liability

**IN NO EVENT WILL BOXFOX OR ITS OFFICERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES, AGENTS, SUCCESSORS, SUBSIDIARIES, DISTRIBUTORS, AFFILIATES OR THIRD PARTIES PROVIDING INFORMATION ON THIS SITE OR VIA OTHER CHANNELS, INCLUDING BUT NOT LIMITED TO PHONE AND EMAIL, BE LIABLE TO ANY USER OF THE SITES OR ANY OTHER PERSON OR ENTITY FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA OR LOSS OF USE) ARISING OUT OF THE USE OR INABILITY TO USE THE SITES OR ANY INFORMATION CONTAINED THEREIN, INCLUDING USER CONTENT, WHETHER BASED UPON WARRANTY, CONTRACT, TORT, OR OTHERWISE, EVEN IF BOXFOX HAS BEEN ADVISED OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES.**

**You hereby acknowledge that the preceding limitation on liability will apply to all content, Products and services available through our digital properties or other channels. Because some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, in such jurisdictions liability is limited to the fullest extent permitted by law. Regardless of the previous paragraphs, if BOXFOX is found to be liable, our liability to you or to any third party is limited to the greater of (a) the amount in dispute not to exceed the total amount which you paid to us in the twelve (12) months prior to the action giving rise to the liability or (b) USD $100.**

### Arbitration and Dispute Resolution

YOU AND BOXFOX AGREE TO GIVE UP ANY RIGHTS TO LITIGATE CLAIMS IN A COURT OR BEFORE A JURY OR TO PARTICIPATE IN A CLASS ACTION OR REPRESENTATIVE ACTION WITH RESPECT TO A CLAIM. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT, SUCH AS ACCESS TO DISCOVERY, ALSO MAY BE UNAVAILABLE OR LIMITED IN ARBITRATION.

Any dispute, claim or controversy between you and BOXFOX, its agents, employees, officers, directors, principals, successors, assigns, subsidiaries or affiliates (collectively for purposes of this section, "BOXFOX") arising out of or relating to these Terms or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in the State of California. Prior to initiating any arbitration, the initiating party will give the other party at least 60-days' advanced written notice of its intent to file for arbitration. BOXFOX will provide such notice by e-mail to your e-mail address on file with BOXFOX and you must provide such notice by e-mail to hello@shopBOXFOX.com. During such 60-day notice period, the parties will endeavor to settle amicably by mutual discussion and negotiation. If the dispute cannot reach an amicable settlement, and following the expiration of the notice period, either party may initiate arbitration.

The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures. The arbitrator will have the power to grant whatever relief would be available in court under law or in equity and any award of the arbitrator(s) will be final and binding on each of the parties and may be entered as a judgment in any court of competent jurisdiction. Judgment on the Award may be entered in any court having jurisdiction.  Arbitrator will apply applicable law and the provisions of these Terms and the failure to do so will be deemed an excess of arbitral authority and grounds for judicial review. BOXFOX and you agree that any dispute hereunder

Exhibit C, Page 12

will be submitted to arbitration on an individual basis only. Neither BOXFOX nor you are entitled to arbitrate any dispute as a class, representative or private attorney action and the arbitrator(s) will have no authority to proceed on a class, representative or private attorney general basis. If any provision of the agreement to arbitrate in this section is found illegal or unenforceable, the remaining arbitration terms shall continue to be fully valid, binding, and enforceable (but in no case will there be a class, representative or private attorney general arbitration). These Terms and related transactions will be subject to and governed by the Federal Arbitration Act, 9 U.S.C. sec. 1-16 (FAA) and, where otherwise applicable, by the laws of the State of California.

**Governing Law and Jurisdiction**

All matters relating to our digital properties and these Terms and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the internal laws of the State of California without giving effect to any choice or conflict of law provision or rule (whether of the State of California or any other jurisdiction).

**Miscellaneous**

These Terms are for the benefit of, and will be enforceable by, the parties only. These Terms are not intended to confer any right or benefit on any third party or to create any obligations or liability of a party to any such third party. No agency, partnership, joint venture, or employment relationship is created as a result of these Terms, and you do not have any authority of any kind to bind us in any respect whatsoever. We may provide you with notices, including those regarding changes to these Terms, by email, regular mail, or postings on our digital properties. These Terms, which shall be deemed accepted by you upon your use of our digital properties or other action indicating acceptance by you, constitute the entire agreement among you and us relating to such subject matter. Our failure to exercise or enforce any right or provision of these Terms shall not constitute a waiver of the enforcement of such right or provision. If any provision of these Terms is found to be unenforceable or invalid, that provision shall be limited or eliminated to the minimum extent necessary so that these Terms shall otherwise remain in full force and effect and enforceable.  These Terms are not assignable, transferable or sublicensable by you, except with our prior written consent. These Terms include and incorporate by reference our Privacy Policy, which can be found HERE, and any notices regarding our digital properties.

**Questions**

Questions regarding these Terms, our Privacy Policy, or other policy related material can be emailed to us at: hello@shopBOXFOX.com or submitted via our contact us page HERE.



BOXFOX is your go-to for gifting. Shop personalized and custom gift boxes to friends and family. Shop pre-packed curations, Build a custom BOXFOX, or customize corporate gift boxes.

Enter your email          JOIN

Exhibit C, Page 13

FAQ

ABOUT

CONTACT

FOX FLEET

CAREERS

BLOG

## LET'S CHAT

Questions? We're here for you Monday to Friday, 9am to 5pm PT.

hello@shopboxfox.com

© BOXFOX 2021    Privacy    Terms

Exhibit C, Page 14