RUTAN & TUCKER, LLP
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
Sarah Gilmartin (State Bar No. 324665)
sgilmartin@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
BOX FOX, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOXFOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs<br><br>PEACHBOX CO., LLC, a Massachusetts limited liability company; ALVANIA A. LOPEZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02021-CJC-KES<br>Hon. Cormac J. Carney<br><br>**DECLARATION OF PROUD USAHACHAROENPORN IN SUPPORT OF PLAINTIFF BOXFOX, INC.'S OPPOSITION TO DEFENDANT ALVANIA LOPEZ'S MOTION TO DISMISS UNDER FRCP 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Filed Concurrently with Opposition to Motion to Dismiss and Declaration of Chelsea Moore]**<br><br>Date: July 12, 2021<br>Time: 1:30 p.m.<br>Ctrm.: 9B<br><br>Complaint Filed: March 4, 2021<br>Trial Date: Not Yet Set |

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2530/035371-0018
16608240.1 a06/21/21

DECL. OF PROUD USAHACHAROENPORN
ISO OPPOSITION TO MOTION TO DISMISS
CASE NO. 2:21-cv-02021-CJC-KES

# DECLARATION OF PROUD USAHACHAROENPORN

I, Proud Usahacharoenporn, declare as follows:

1.  I am an attorney at Rutan & Tucker, LLP, counsel of record for Plaintiff BoxFox, Inc. ("BoxFox"). I am in good standing with the California State Bar. I make this declaration in support of BoxFox's Opposition to Defendant Alvania Lopez's ("Lopez") Motion to Dismiss For Lack of Personal Jurisdiction. I have personal knowledge of the matters set forth in this declaration, unless stated otherwise, and could testify competently to them under oath if called to do so.

2.  On June 2, 2021, I accessed the Massachusetts Secretary of State website and searched for the corporate records of PeachBox Co., LLC ("PeachBox"). Attached hereto as **Exhibits E, F, and G** are true and correct copies of PeachBox's Certificate of Organization dated March 28, 2019, its Annual Report dated March 5, 2020, and its Certificate of Amendment dated September 27, 2019, respectively, that I printed from the Massachusetts Secretary of State website.

3. On September 4, 2020, our office sent a cease and desist letter to PeachBox and Lopez, a true and correct copy of which is attached hereto as **Exhibit H**. Following this letter, PeachBox and Lopez did not comply with the letter's demands for them to cease and desist their actions that are the subject of the letter.

I declare under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 21, 2021 at Laguna Niguel, California.

_____
Proud Usahacharoenporn

Rutan & Tucker, LLP
attorneys at law

2530/035371-0018
16608240.1 a06/21/21

-1-

DECL. OF PROUD USAHACHAROENPORN
ISO OPPOSITION TO MOTION TO DISMISS
CASE NO. 2:21-cv-02021-CJC-KES