

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $500.00

## Certificate of Organization
(General Laws, Chapter )

**Identification Number:** 001376093

**1. The exact name of the limited liability company is:** PEACHBOX CO., LLC

**2a. Location of its principal office:**
No. and Street: 408 FOREST STREET
City or Town: METHUEN   State: MA   Zip: 01844   Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**
No. and Street: 408 FOREST STREET
City or Town: METHUEN   State: MA   Zip: 01844   Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
THE GENERAL CHARACTER OF THE BUSINESS OF THE LLC IS TO ENGAGE IN EVERY ASPECT AND PHASE OF A RETAIL AND WHOLESALE GIFT SERVICE FOR ALL OCCASIONS AND TO ENGAGE IN ANY BUSINESS OPERATION OR ACTIVITY WHICH MAY BE LAWFULLY CARRIED ON BY A LIMITED LIABILITY COMPANY FORMED UNDER THE MASSACHUSETTS LIMITED LIABILITY COMPANY ACT.

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: ALVANIA A. LOPEZ
No. and Street: 408 FOREST STREET
City or Town: METHUEN   State: MA   Zip: 01844   Country: USA

I, **ALVANIA A. LOPEZ** resident agent of the above limited liability company, consent to my appointment as the resident agent of the above limited liability company pursuant to G. L. Chapter 156C Section 12.

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | ALVANIA A. LOPEZ | 408 FOREST STREET<br>METHUEN, MA 01844 USA |
| MANAGER | PIERINA V. CABRERA | 408 FOREST STREET<br>METHUEN, MA 01844 USA |

Exhibit E, Page 2

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no

**managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
|  |  |  |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | ALVANIA A. LOPEZ | 408 FOREST STREET<br>METHUEN, MA 01844 USA |
| REAL PROPERTY | PIERINA V. CABRERA | 408 FOREST STREET<br>METHUEN, MA 01844 USA |

**9. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 28 Day of March, 2019,**
ALVANIA A. LOPEZ
   *(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2019 Commonwealth of Massachusetts
All Rights Reserved

Exhibit E, Page 3

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

March 28, 2019 04:50 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*