

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**Minimum Fee: $500.00**

## Annual Report
(General Laws, Chapter )

**Identification Number:** 001376093

**Annual Report Filing Year:** 2020

**1.a. Exact name of the limited liability company:** PEACHBOX CO., LLC

**1.b. The exact name of the limited liability company** *as amended*, **is:** PEACHBOX CO., LLC

**2a. Location of its principal office:**
No. and Street: 800 TURNPIKE STREET, SUITE 300
City or Town: NORTH ANDOVER   State: MA   Zip: 01845   Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**

No. and Street: 408 FOREST STREET
City or Town: METHUEN   State: MA   Zip: 01844   Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
N/A

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: ALVANIA A. LOPEZ
No. and Street: 800 TURNPIKE STREET, SUITE 300
City or Town: NORTH ANDOVER   State: MA   Zip: 01845   Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | ALVANIA A. LOPEZ | 800 TURNPIKE STREET, SUITE 300<br>NORTH ANDOVER, MA 01845 USA |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | ALVANIA A. LOPEZ | 800 TURNPIKE STREET, SUITE 300<br>NORTH ANDOVER, MA 01845 USA |

**9. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 5 Day of March, 2020,**
<u>ALVANIA A. LOPEZ</u> **, Signature of Authorized Signatory.**

© 2001 - 2020 Commonwealth of Massachusetts
All Rights Reserved

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

March 05, 2020 06:02 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*