

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

## Certificate of Amendment
(General Laws, Chapter )

**Identification Number:** 001376093

**The date of filing of the original certificate of organization:** 3/28/2019

**1.a. Exact name of the limited liability company:** PEACHBOX CO., LLC

**1.b. The exact name of the limited liability company *as amended*, is:** PEACHBOX CO., LLC

**2a. Location of its principal office:**
No. and Street: 800 TURNPIKE STREET, SUITE 300
City or Town: NORTH ANDOVER    State: MA    Zip: 01845    Country: USA

**3. *As amended,* the general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
N/A

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: ALVANIA A. LOPEZ
No. and Street: 800 TURNPIKE STREET, SUITE 300
City or Town: NORTH ANDOVER    State: MA    Zip: 01845    Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | ALVANIA A. LOPEZ | 800 TURNPIKE STREET, SUITE 300<br>NORTH ANDOVER, MA 01845 USA |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
|  |  |  |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

Exhibit G, Page 8

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | ALVANIA A. LOPEZ | 800 TURNPIKE STREET, SUITE 300<br>NORTH ANDOVER, MA 01845 USA |

**9. Additional matters:**

**10. State the amendments to the certificate:**
REMOVED PIERINA V. CABRERA AS A MANAGER OF THE LLC; AMENDED THE LOCATION OF THE PRINCIPAL OFFICE OF THE LLC; AND AMENDED THE ADDRESS OF ALVANIA A. LOPEZ MANAGER OF THE LLC.

**11. The amendment certificate shall be effective when filed unless a later effective date is specified:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 27 Day of September, 2019,**
ALVANIA A. LOPEZ, MANAGER **, Signature of Authorized Signatory.**

© 2001 - 2019 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

September 27, 2019 11:57 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*