**RUTAN**
RUTAN & TUCKER, LLP

**Lindy M. Herman**
Direct Dial: (714) 662-4673
E-mail: lherman@rutan.com

September 4, 2020

**VIA FEDEX**

Ms. Alvania A. Lopez  
Peachbox Co., LLC  
800 Turnpike St. Suite 300  
North Andover, MA 01845

Ms. Alvania A. Lopez  
Peachbox Co., LLC  
408 Forest Street  
Methuen, MA 01844

Re:   Cease and Desist Trade Dress Infringement & Unfair Competition - BoxFox

Dear Ms. Lopez:

 Our firm represents BoxFox, Inc. ("BoxFox") in its intellectual property and business matters. This letter serves to address a serious matter concerning PeachBox Co., LLC's ("PeachBox") unauthorized use of BoxFox's trade dress. Specifically, it has come to our attention that you have copied BoxFox's packaging and substantial portions of its website through which it provides its services. We demand that you cease and desist from unauthorized use of BoxFox's intellectual property, which constitutes trade dress infringement and unfair competition.

 BoxFox is an industry leader in providing customized gift box services both to retail and corporate consumers since 2014. BoxFox's clients include LinkedIn, Univision, Google, Facebook, AirBnB, The New York times, Hulu, Instacart, Pinterest, Nike, Converse and Pandora to name a few. BoxFox has been recognized as number 487 on Inc. Magazine's 5000 List of the nation's fastest-growing private companies and has partnered with industry leaders in retail including Nordstrom and Anthropolgie, both of which have sold BoxFox giftboxes. Through its hard work, BoxFox has gained considerable reputation for its quality service and products and recognition it its brand and its distinct trade dress of a peachy-cream-beige colored box with a black ribbon tied in a bow in the lower left hand corner, and of a black box with a black ribbon tied in a bow in the lower left hand corner (collectively referred to as the "BoxFox Trade Dress"). BoxFox has garnered substantial goodwill and recognition in the BoxFox Trade Dress. The BoxFox Trade Dress is valuable intellectual property to BoxFox and protected under federal and state laws.

 The team at BoxFox is dedicated to supporting the hard work of fellow female entrepreneurs, including those in competition with BoxFox. However, it has come to our attention that instead of investing the time and effort into developing its own unique branding, PeachBox took a shortcut and wholesale copied the BoxFox Trade Dress, which is exacerbated by its copying of substantial portions of the BoxFox website.

Rutan & Tucker, LLP | 611 Anton Blvd, Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950 | 714-641-5100 | Fax 714-546-9035
Orange County | Palo Alto | San Francisco | www.rutan.com

2921/035371-0011
15483211.1 a09/04/20

Exhibit H, Page 10



Ms. Alvania A. Lopez
September 4, 2020
Page 2

To illustrate, enclosed is a comparison of BoxFox's products and website and those of PeachBox. Further, BoxFox's records indicate that you purchased from them early this year. PeachBox's intent to capitalize on the BoxFox brand is undeniable.

BoxFox reserves all of its rights in the BoxFox Trade Dress and has not authorized PeachBox to make any use of it. PeachBox's use of the BoxFox Trade dress with trivial alterations is likely to cause confusion among customers as to the source, affiliation, or sponsorship of the PeachBox products and services and those of BoxFox. The number of similarities between the BoxFox Trade Dress coupled with the copycat styling of the PeachBox boxes and website plainly establishes that PeachBox's Trade Dress infringement was knowingly and intentional. The evidence is even further underscored by the fact that BoxFox's records indicate that you have ordered gift boxes from them in the past.

PeachBox's conduct amounts to knowing and willful trade dress infringement and unfair competition under the Lanham Act various state unfair competition laws. While we are continuing to investigate this matter, we hereby demand the following:

1. Your immediate cessation of all use of the BoxFox Trade Dress;

2. Immediate removal of all images of infringing content, including, without limitation, all images of the BoxFox Trade Dress, from all print and online or other media, including the PeachBox website; and

3. Your agreement to refrain from creating any new reproductions or derivations of the BoxFox Trade Dress.

Please notify us by no later than **5:00 p.m. Pacific on September 18, 2020**, that PeachBox has complied fully with our demands.

BoxFox is prepared to take all appropriate legal action in the event of any acts of further trademark dress infringement and unfair competition, including seeking damages commensurate with the willful nature of your unlawful conduct. BoxFox has spent considerable time and resources in developing its business and brand and intends to vigorously defend its intellectual property rights and will not allow PeachBox to trample those valuable assets.



Ms. Alvania A. Lopez
September 4, 2020
Page 3

      This letter is not intended to be a full statement of BoxFox' rights and remedies, all of which are expressly reserved.

                        Sincerely,

                        RUTAN & TUCKER, LLP

                        Lindy M. Herman

LMH:smm



Ms. Alvania A. Lopez
September 4, 2020
Page 4





2921/035371-0011
15483211.1 a09/04/20



Ms. Alvania A. Lopez
September 4, 2020
Page 5





Ms. Alvania A. Lopez
September 4, 2020
Page 6



2921/035371-0011
15483211.1 a09/04/20